UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| KELLY SIMLER, et al., | ) | |
| Plaintiff(s), | ) | |
| v. | ) | No. 2:17CV00030 ERW |
| DUBUQUE PAINT EQUIPMENT, et al., | ) | |
| Defendant(s). | ) | |

ORDER

**IT IS HEREBY ORDERED** that the parties' Motion to Set Aside Dismissal without Prejudice, Rule 41(a)(1)(A) Stipulation of Dismissal with Prejudice and Motion to Convert May 29, 2018, Order to Final Judgment [114] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's September 7, 2018 order dismissing Defendants Dubuque Paint Equipment Services, Inc. and Kim Ross without prejudice is **VACATED**.

**IT IS FURTHER ORDERED** that Defendants Dubuque Paint Equipment Services, Inc. and Kim Ross are **DISMISSED, with prejudice**.

**IT IS FURTHER ORDERED** that the Court's May 29, 2018 Order granting Defendants Roy Brice and FFE Transportation Services, Inc.'s Motion for Summary Judgment is the final judgment in this matter.

Dated this 16th day of October, 2018.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE